UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LERI BUTIASHVILI,

                    Petitioner,

            v.

PAUL ARTETA, the Warden of Orange County Jail;
WILLIAM JOYCE, the Acting ICE Field Office Director;
KRISTI NOEM, the Secretary of the Department of
Homeland Security' TODD M. LYONS, the Acting
Director of U.S. Immigration and Customs Enforcement
(ICE); PAMELA BONDI, the Attorney General of the
United States,

                    Respondents.

26-CV-746

ORDER

RONNIE ABRAMS, United States District Judge:

On January 28, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is hereby ordered that:

1. Respondents shall file an opposition by February 3, 2026 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by February 4, 2026.

3. This matter shall be heard by the Court on February 5, 2026 at 10:45 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin

immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. See, e.g., *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

   SO ORDERED.


Dated:       January 28, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge

2