**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LERI BUTIASHVILI,

                        Petitioner,                  26 **CIVIL** 0746 (RA)

        -against-                               **JUDGMENT**

PAUL ARTETA, the Warden of Orange County
Jail; WILLIAM JOYCE, the Acting ICE Field
Office Director; KRISTI NOEM, the Secretary of
the Department of Homeland Security' TODD M.
LYONS, the Acting Director of U.S. Immigration
and Customs Enforcement (ICE); PAMELA
BONDI, the Attorney General of the United States,

                           Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 4, 2026, Mr. Butiashvili's Petition is granted. The

Government is ordered to release him from custody in this District within 24 hours.

**DATED:**  New York, New York
          February 6, 2026

                                      TAMMI M. HELLWIG
                                     _____
                                      Clerk of Court

                        BY:          _____
                                      Deputy Clerk